FILED
3/3/21 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**MAHONING CONSUMER DISCOUNT COMPANY,**

    Debtor.

**MAHONING CONSUMER DISCOUNT COMPANY,**

    Movant,

  vs.

**NO RESPONDENT.**

Bankruptcy No. 20-23280-GLT

Chapter 11 (Subchapter V)

Related to Dkt. No. 54
Hearing: March 4, 2021 at 11:00 a.m.

### MODIIFED DEFAULT ORDER

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to file its Plan of Reorganization herein is enlarged to March 26, 2021.

Prepared by: Robert O Lampl, Esq.

**DEFAULT ENTRY**

Dated: March 03, 2021

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

Case Administrator to serve:
Robert O Lampl, Esq.